AO 83 (Rev. 06/09) Summons in a Criminal Case

**FILED**
U.S. District Court
District of Kansas

# UNITED STATES DISTRICT COURT
for the
District of Kansas

AUG - 1 2018

Clerk, U.S. District Court
By _____ Deputy Clerk

|  |  |
|---|---|
| United States of America<br>v.<br><br>DAVID DORSETT,<br><br>_Defendant_ | )<br>)<br>)<br>)  Case No.  6:18-cr-10099-EFM-2<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: United States Courthouse<br>401 N. Market<br>Wichita, KS  67202-2011 | Courtroom No.:  Judge Gale, Room 406 |
|---|---|
|  | Date and Time:  August 1, 2018 @ 1:30 PM |

This offense is briefly described as follows:

Fraud in connection with Computers. See attached indictment for additional charges.

Date:  07/18/2018                                                  s/ M. McGivern
                                                                            _Issuing officer's signature_

                                                                           Timothy M. O'Brien, Clerk of the Court
                                                                            _Printed name and title_

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:  8-1-18        For FBI                    _signature_
                                                                            _Server's signature_

                                                                            Quentin Terrel  DUSM
                                                                            _Printed name and title_