IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 6:18-cr-10099-EFM |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | XCENTRIC VENTURES, LLC's |
| | ) | NOTICE OF COMPLIANCE |
| BRADLEY A. PISTOTNIK, | ) | |
| | ) | |
| *Defendant.* | ) | |

COMES NOW, Xcentric Ventures, LLC, by and through counsel, and hereby notifies the Court and the parties in this matter of its compliance with Magistrate Judge Kenneth Gale's February 12, 2019 order requiring the production of certain materials subpeona'd by the Defendant, Bradley Pistotnik.  Undersigned counsel for Xcentric Ventures sent the responsive materials by next-day delivery FedEx to chambers on March 13, 2019 at 9:25 a.m.  The Fed Ex receipt is attached to this Notice.  The same materials were also emailed to Magistrate Judge Gale by the undersigned on March 13, 2019.

1

Respectfully submitted,

/s/Angela L. Campbell
Angela L. Campbell AT# 0009086
Lead Counsel for Xcentric Ventures
DICKEY & CAMPBELL LAW FIRM, P.L.C.
301 E. Walnut St., Suite 1
Des Moines, Iowa 50309
PHONE: 515.288.5008
FAX: 515.288.5010
E-MAIL:  angela@dickeycampbell.com
Lead Counsel for Xcentric Ventures


/s/ Shazzie Naseem
Berkowitz Oliver LLP Bar #24954
2600 Grand Boulevard, Suite 1200
Kansas City, MO  64108
PHONE:  816-561-1888
FAX:  816-561-1888
E-MAIL: snaseem@berkowitzoliver.com
Local Counsel for Xcentric Ventures


CERTIFICATE OF SERVICE

On March 13, 2019, I uploaded this document with the Clerk of the District Court using the CM/ECF system, which will send a notice of filing to all counsel of record.

/s/ Shazzie Naseem

2



```
Address:              700 SOUTH WEST 9TH
                      STREET
                      DES MOINES
                      IA 50309
Location:             DSMA
Device ID:            -BTC01
Transaction:          930225399215
```
---

**FedEx Priority Overnight**
786001052980    0.2 lbs. (S)           39.59
    Declared Value   0

Recipient Address:
    wichita division
    us dist court of kansas
    401 n market
    ste 401
    Wichita, KS 67202
    1111111111

Scheduled Delivery Date 03/14/2019

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Envelope

           Shipment subtotal:     $39.59

                 Total Due:       $39.59


           FedEx SENDER Account
                  *****9698


    M = Weight entered manually
    S = Weight read from scale
    T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.


           Visit us at: fedex.com
           Or call 1.800.GoFedEx
               1.800.463.3339

           Mar 13, 2019 9:25:27 AM